# United States Court of Appeals
# For the First Circuit

No. 25-1524

SIERRA CLUB; NATURAL RESOURCES COUNCIL OF MAINE; APPALACHIAN MOUNTAIN CLUB,

Plaintiffs - Appellants,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL JOHN A. ATILANO, II, Commander and District Engineer, in his official capacity; UNITED STATES DEPARTMENT OF ENERGY; CENTRAL MAINE POWER COMPANY; NECEC TRANSMISSION LLC,

Defendants - Appellees

_____

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Appellants Sierra Club, Natural Resources Council of Maine and Appalachian Mountain Club, Appellees United States Army Corps of Engineers, John A. Atilano II, and Department of Energy, and Intervenor-Appellees Central Maine Power and NECEC Transmission, LLC (collectively, "the Parties") hereby respectfully move, pursuant to Federal Rule of Appellate Procedure 26(b), to extend the briefing schedule in the above captioned matter for 44 days to allow the Parties to engage in settlement negotiations.

In support of this Motion, the Parties state as follows:

1. On May 31, 2025, Appellants filed a Notice of Appeal of the District Court of Maine's March 31, 2025 Order on Cross Motions on Summary Judgment (ECF No. 215) and Judgment (ECF No. 216), September 26, 2023 Order on Objections (ECF No. 155), and January 9, 2024 Order on Motion for Reconsideration (ECF No. 169). ECF No. 218.

2. On June 20, 2025, the Court issued Appellant's Briefing Notice, requiring Appellants to file their opening brief by July 30, 2025. Doc. No. 00118302766.

3. During the week of June 23rd, counsel for Appellants conferred separately with counsel for Federal Defendant Appellees and Intervenor-Defendant Appellees via telephone calls and follow-up emails. All Parties concluded that the possibility of resolving the case through settlement was worth exploring in order to potentially avoid the time and expense of further briefing and litigation.

4. Given the number of parties involved, the complexity of the record and the issues on appeal, and the likelihood that any settlement discussions would involve extensive client coordination for all involved, the Parties believe a 44-day extension to the deadline for Appellants' brief is a reasonable time period to explore the possibility of settlement. Further, the Parties agree that it would be reasonable to extend the deadline for Appellees by 15 days.

Accordingly, the Parties respectively request the Court find good cause pursuant to FRAP 26(b) to grant this Motion to Extend the Briefing Schedule for Appellants' brief by 44 days, resulting in a new deadline for Appellants' opening brief of September 12, 2025, and that Appellees' briefs be due 45 days thereafter.

Date: June 30, 2025

Respectfully submitted,

/s/ *Kevin Cassidy*
Kevin Cassidy (Bar No. 1138739)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

*Counsel for Appellants*

/s/ *Jacob Ecker*
Jacob Ecker (Bar No. 1197147)
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 514-4170
Jacob.Ecker@usdoj.gov

*Counsel for Federal Defendant Appellees*

/s/ *Joshua D. Dunlap*
Joshua D. Dunlap
Bar No. 1146098
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
jdunlap@pierceatwood.com

*Counsel for Intervenor-Defendant Appellees*

# CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2025, I served this Motion to Extend the Briefing Schedule by filing it with the First Circuit Court of Appeals' electronic filing system.

/s/ *Kevin Cassidy*
Kevin Cassidy
Bar No. 1138739
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

*Counsel for Appellants*