# United States Court of Appeals
# For the First Circuit

No. 25-1524

SIERRA CLUB; NATURAL RESOURCES COUNCIL OF MAINE; APPALACHIAN MOUNTAIN CLUB,

Plaintiffs - Appellants,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL JOHN A. ATILANO, II, Commander and District Engineer, in his official capacity; UNITED STATES DEPARTMENT OF ENERGY; CENTRAL MAINE POWER COMPANY; NECEC TRANSMISSION LLC,

Defendants - Appellees

_____

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b)(1). All court fees related to this appeal have been paid. All parties shall bear their own costs and attorneys' fees on appeal. All parties also agree to bear their own costs and attorneys' fees related to the district court proceedings, and no party will seek to recover costs or attorneys' fees pursuant to District of Maine Local Rule 54.

Date: September 22, 2025

Respectfully submitted,

/s/ *Kevin Cassidy*
Kevin Cassidy (Bar No. 1138739)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

*Counsel for Appellants*

/s/ *Jacob Ecker*
Jacob Ecker (Bar No. 1197147)
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 514-4170
Jacob.Ecker@usdoj.gov

*Counsel for Federal Defendant Appellees*

/s/ *Joshua D. Dunlap*
Joshua D. Dunlap
Bar No. 1146098
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
jdunlap@pierceatwood.com

*Counsel for Intervenor-Defendant Appellees*

# **CERTIFICATE OF SERVICE**

 I hereby certify that on September 22, 2025, I served this Stipulation of Voluntary Dismissal by filing it with the First Circuit Court of Appeals' electronic filing system.

/s/ *Kevin Cassidy*
Kevin Cassidy
Bar No. 1138739
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

*Counsel for Appellants*